# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BENLOR C. RIVERA; GRACE U. RIVERA; )
NELSON M. OBENA, )
                  Plaintiffs, )    Case No. 2:10-cv-02266-RLH-GWF
vs. )    **ORDER**
ALLIANZ LIFE INSURANCE COMPANY OF )
NORTH AMERICA, *et al.,* )
                  Defendants. )

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. Counsel for Defendant removed this matter to federal court on December 30, 2010. Defendant Oscar Corpuz filed an Answer (#5) on January 3, 2011. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **March 7, 2011** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 24th day of February, 2011.

*/s/ George Foley Jr.*
_____
GEORGE FOLEY, JR.
United States Magistrate Judge